

ORDERED in the Southern District of Florida on February 25, 2013.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Anay Cardo                                        Case No: 12-34663-AJC
                                                          Chapter 13

_____Debtor_____/

### ORDER GRANTING AMENDED MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY PNC BANK

THIS CASE came up for Preliminary Hearing on February 19, 2013 on the Debtor's Amended *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 27; the "Motion"). Based upon the debtor's assertions made in support of the Motion and Secured Creditor's Objection thereto [DE #29], having considered the record in this case, and being duly advised in the premises, it is Ordered:

1. The Motion is granted, however, Secured Creditor may proceed to obtain an appraisal and in the event Secured Creditor's appraisal indicates the value

of the subject property is higher than $78,000.00, Secured Creditor may file a Motion for Rehearing, in which case this Order will be set aside and an evidentiary hearing will be set.

2. Subject to the preceding paragraph, the Court FINDS as follows:

A. The value of the debtor's real property (the "Real Property") located at

7900 West 34th Lane, #101, Hialeah Gardens, FL 33018, and more particularly described

as: UNIT 101, EL PRADO XV A CONDOMINIUM, PHASE 1, BLDG 34, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 16490, PAGE(S) 1163, ET SEQ. OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA; AND ANY AMENDMENTS THERETO; TOGETHER WITH AN UNDIVIDED INTEREST IN AND TO THOSE COMMON ELEMENTS APPURTENANT TO SAID UNIT IN ACCORDANCE WITH AND SUBJECT TO THE COVENANTS, CONDITIONS, RESTRICTIONS, TERMS AND OTHER PROVISIONS OF THAT DECLARATION OF CONDOMINIUM.

is $ 78,000.00 at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ 78,000.00.

3. (Select only one):

     ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

      __X__   Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ <u>12,279.06</u>, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:
**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701
E-mail: court@bankruptcyclinic.com

Attorney  _Robert Sanchez, Esq._  is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.